IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRYAN LAWSON JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-051 |
| | ) | |
| WARDEN RALPH SHROPSHIRE; | ) | |
| DEPUTY WARDEN VERONICA | ) | |
| STEWART; WARDEN JERMAINE WHITE; | ) | |
| DEPUTY WARDEN MARCUS; | ) | |
| COMMISSIONER TYRONE OLIVER; | ) | |
| REGIONAL DIRECTOR BENJAMIN | ) | |
| FORD; and DEPUTY WARDEN C&T | ) | |
| TONJA KIETH, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this action without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this _____ day of September, 2023, at Augusta, Georgia.

_____

UNITED STATES DISTRICT JUDGE