IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2023 NOV 21 P 3: 21
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| BRYAN LAWSON JONES, | ) |
| Plaintiff- Appellant, | ) |
| v. | ) CASE NO.   3:23-cv-51 |
| | ) Appeal No. 23-13459-A |
| TELFAIR SP WARDEN et al., | ) |
| Defendants - Appellees. | ) |

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this _21st_ day of November, 2023.

_____
HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA